AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

United States Courts
Southern District of Texas
FILED
May 19, 2019

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
Josue Sifuentes-Martinez

## CRIMINAL COMPLAINT

Case Number: M-19-1146-M

IAE     YOB: 1998
MEXICO
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 18, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Donna, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Josue Sifuentes-Martinez was encountered by Border Patrol Agents near Donna, Texas on May 18, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 18, 2019, near Donna, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 23, 2019, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 22, 2018, the Defendant was convicted of 8 USC 1326 Being Found in the United States after Previous Deportation and sentenced to eight (8) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 19, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on: @ 2:50PM

/S/ Kellen Meador
Signature of Complainant

Kellen Meador     Border Patrol Agent

May 19, 2019

J Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer